REL: December 9, 2022

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**. Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is published in **Southern Reporter**.

# ALABAMA COURT OF CIVIL APPEALS

## OCTOBER TERM, 2022-2023

_____

## 2200467, 2200468, and 2200469

_____

## H.P.

## v.

## Jefferson County Department of Human Resources

### Appeals from Jefferson Juvenile Court
### (JU-18-1716.02, JU-18-1717.02, and JU-18-1718.02)

After Remand from the Alabama Supreme Court

MOORE, Judge.

The prior judgments of this court issued on October 8, 2021, have been reversed and the causes remanded by the Supreme Court of Alabama. Ex parte Bodie, [Ms. 1210248, Oct. 14, 2022] ___ So. 3d ___

2200467, 2200468, and 2200469

(Ala. 2022). On remand to this court, and in compliance with the supreme court's opinion, the judgments entered by the Jefferson Juvenile Court on March 1, 2021, are hereby affirmed.

AFFIRMED.

Thompson, P.J., and Edwards, Hanson, and Fridy, JJ., concur.